# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# SPRINGFIELD DIVISION

|  |  |
|---|---|
| WENDY S. JOHNSON and LYNN A. HARRIS, ) ) ) Plaintiffs, ) ) v. ) ) BEST RATE FUNDING CORP., and ) NATIONAL DOCUMENT SIGNING ) SERVICES, CORP. ) ) Defendants ) ) | CASE NO. 07-30070 |

## STIPULATION OF DISMISSAL AS TO BEST RATE FUNDING CORP.

Wendy Johnson and Lynn Harris, and Best Rate Funding Corp., stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this action shall be dismissed, *with prejudice*, as to all claims which were or could have been raised herein, that each party shall bear its own costs, and that all rights to appeal are waived.

        Respectfully submitted,
        Wendy Johnson and Lynn Harris,
        By their attorneys,

        /s/ Shennan Kavanagh
        Shennan Kavanagh (BBO #655174)
        Gary Klein (BBO #560769)
        Roddy Klein & Ryan
        727 Atlantic Avenue, 2nd Floor
        Boston, MA 02111
        p. 617.357.5500 ext. 12
        f. 617.357.5030
        kavanagh@roddykleinryan.com

Best Rate Funding Corp.,
By its attorney,


/s/ Mira Wolff
Mira Wolff, Esq. (*not admitted in Massachusetts*)
Best Rate Funding Corp.,
2 MacArthur Place, Suite 800
Santa Ana, CA 92707
p. 714. 444.4601 ext. 177


Dated: July 23, 2007

## CERTIFICATE OF SERVICE

I, Shennan Kavanagh, hereby certify that on this 23rd day of July, 2007, I filed the foregoing document electronically. Notice of this filing will be sent to all registered participants as identified on the Notice of Electronic Filing. Parties may access this document through the Court's ECF system. I further certify that on July 23, 2007, paper copies of the foregoing document were sent by electronic mail to those persons who are not registered participants.

/s/ Shennan Kavanagh
Shennan Kavanagh