UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WENDY S. JOHNSON AND LYNN A. HARRIS

V.                                                                                            CA NO 07-30070-MAP

NATIONAL DOCUMENT SIGNING SERVICES CORP

## SETTLEMENT ORDER OF DISMISSAL

The Court, having been advised by counsel for the parties that the above-entitled action has been settled,

IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within SIXTY (60) DAYS to reopen the action if settlement is not consummated by the parties.

DATED:   September 27, 2007

SARA THORNTON
CLERK

            /s/Elizabeth A. French
BY:  _____
Elizabeth A. French
Deputy Clerk